**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00299-CR
No. 05-12-00300-CR

### COURTNI MICHELLE SCHULZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause Nos. F10-00501-J, F11-00342-J

## ORDER

On April 12, 2013, we ordered the trial court to file a supplemental record containing an order modifying the conditions of community supervision setting out the amount of restitution as agreed by the parties. To date, we have not received the order modifying the conditions of community supervision.

Accordingly, we **ORDER** the Honorable Gracie Lewis, Presiding Judge of the Criminal District Court No. 3, to file a supplemental record, within **FIFTEEN DAYS** from the date of this order, that contains an order modifying the conditions of community supervision setting out the amount of restitution as agreed by the parties.

/s/     DAVID L. BRIDGES
        JUSTICE